IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. |
| ) | |
| CERY PERLE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## **COMPLAINT**

The United States of America, by and through Wifredo A. Ferrer, United States Attorney for the Southern District of Florida, complains and alleges as follows:

1. This is an action commenced by the United States of America to obtain a judgment against the defendant, Cery Perle, for 1) unpaid federal income tax liabilities for the years 1999 through 2001 and 2003 through 2010; and 2) trust fund recovery penalties assessed against him as a responsible person of Spare Backup, Inc. from the fourth quarter of 2008 through the third quarter of 2011.

2. This civil action is authorized and sanctioned by the Chief Counsel, Internal Revenue Service, a duly authorized delegate of the Secretary of the Treasury, and has been commenced at the direction of the Attorney General of the United States.  26 U.S.C. § 7401.

3. The Court has jurisdiction over this civil action pursuant to 26 U.S.C. § 7402 and 28 U.S.C. §§ 1340 and 1345.

4. The defendant resides at 350 S. Hibiscus Drive, Miami Beach, Florida, which is within the jurisdiction of this Court.

## COUNT I – INCOME TAXES

5. For the tax years 1999, 2000, 2001, 2007, 2008, and 2010, defendant failed to file federal income tax returns as required by law. As a result, the IRS determined his tax liabilities by using information available to it in accordance with the procedures set forth in the Internal Revenue Code. Thereafter, the IRS issued statutory notices of deficiency. Defendant did not file a timely petition in Tax Court to re-determine those deficiencies and a delegate of the Secretary of the Treasury assessed tax, penalties, and interest for each of these years on the dates and in the amounts described in the table below:

| Tax Year | Assessment Date | Assessed Tax | Assessed Penalty | Assessed Interest |
|---|---|---|---|---|
| 1999 | 4/25/05 | $4,212.00 | *$736.75<br>^$142.00<br>#$663.08 | $1,273.43 |
| 2000 | 4/25/05 | $42,915.00 | *$10,229.60<br>^$2,292.31<br>#$9,655.88 | $12,991.89 |
| 2001 | 3/27/06<br><br>9/04/06 | $26,452.00 | *$6,613.00<br>^$1,057.12<br>#$6,348.18<br>#$   264.12 | $7,571.44 |
| 2007 | 12/12/11 | $64,906.00 | *$7,972.65<br>^$1,463.66<br>#$7,795.48 | $7,076.44 |

| 2008 | 12/12/11 | $147,215.00 | *$24,320.03<br>^$3,333.87<br>#$17,294.24 | $13,675.04 |
| --- | --- | --- | --- | --- |
| 2010 | 2/11/13<br><br>11/17/04 | $104,260.00 | *$9,323.55<br>^$738.97<br>#4,558.18<br>#5,801.32 | $3,017.77<br><br><br>$3,217.77 |

*Late Filing Penalty; ^Estimated Tax Penalty ; #Failure to Pay Penalty.

    6. For the tax years 2003, 2004, 2005, 2006, and 2009, defendant filed federal income tax returns but did not pay the tax he reported. After defendant filed those returns, a delegate of the Secretary of the Treasury assessed the tax shown due, as well as applicable penalties and interest. The dates and amounts of those assessments are set forth in the table below:

| Tax Year | Assessment Date | Assessed Tax | Assessed Penalty | Assessed Interest |
| --- | --- | --- | --- | --- |
| 2003 | 4/11/05<br><br>9/04/06<br>9/03/07<br>9/01/08 | $66,554.00 | *$7,408.57<br>#$1,975.62<br>#$2,798.79<br>#$1,975.62<br>#$1,481.92 | $1,828.17 |
| 2004 | 10/22/07<br><br><br>9/06/10 | $46,679.00 | *$4,052.47<br>^$424.86<br>#$2,791.70<br>#$1,711.04 | $4,335.67 |
| 2005 | 9/03/07<br>7/26/07<br>9/3/07<br>9/6/10 | $43,006.00 | *$4,282.20<br>^$   657.00<br>#$1,617.72<br>#$3,140.28 | $2,507.48 |
| 2006 | 11/26/07<br><br>9/06/10 | $49,179.00 | #$1,135.16<br>^$1,236.00<br>#$5,959.58 | $1,434.43 |

12559817.1

| 2009 | 5/31/10 | $63,928.00 | ^$    544.00 | $135.63 |
|      |         |            | #$    268.39 |         |
|      | 9/06/10 |            | #$    670.97 |         |
|      | 11/12/12|            | #$5,770.38   |         |
|      | 11/17/14|            |              | $4,786.38 |

*Late Filing Penalty; ^Estimated Tax Penalty ; #Failure to Pay Penalty.

7. A delegate of the Secretary of the Treasury, in accordance with the Internal Revenue laws, gave written notice to defendant of the assessments described in paragraphs 5 and 6, above, and made demands for their payment.

8. Despite the notices of the assessment and demand for payment, defendant has refused or neglected to pay all of the federal income tax assessed for the years 1999 through 2001 and 2003 through 2010, or the interest and penalties that have accrued on those taxes. As of April 8, 2015, defendant owes the sum of $787,610.07 for these years, plus fees and statutory additions thereon as provided by law.

COUNT II – RESPONSIBLE PERSON ASSESSMENTS

9. From at least the fourth quarter of 2008 through the third quarter of 2011, defendant was an officer of several companies, including Spare Backup, Inc., which is a corporation organized under the law of the state of Florida.

10. During each of those periods, Spare Backup, Inc. failed to make timely deposits of the federal employment and income taxes withheld from the wages of its employees. Later, Spare Backup, Inc. filed Forms 941 employment tax returns, but did not pay the taxes shown due on those returns.

11. As the Chief Executive Officer of Spare Backup, Inc. during the fourth quarter of 2008 through the third quarter of 2011, defendant had check signing authority on the corporate

12559817.1

bank accounts, and was responsible for all financial decisions of the corporation including the payment of federal tax deposits and all accounts payable.

12. For each tax period from the fourth quarter of 2008 through the third quarter of 2011, defendant signed all employment tax returns and had knowledge that the federal employment taxes owed by Spare Backup, Inc. were not being paid.

13. For each tax period from the fourth quarter of 2008 through the third quarter of 2011, defendant had the authority and ability to pay Spare Backup, Inc.'s taxes but elected instead to pay his salary and other creditors.

14. For each tax period from the fourth quarter of 2008 through the third quarter of 2011, defendant was a person required to collect, truthfully account for, and pay over the federal employment taxes of Spare Backup, Inc.

15. For each tax period from the fourth quarter of 2008 through the third quarter of 2011, defendant willfully failed to collect, truthfully account for, and pay over the federal employment taxes of Spare Backup, Inc.  Defendant signed all payroll checks and was aware that the tax liability was not being paid, but elected not to pay federal payroll taxes despite the ability of the corporation to do so.

16. Pursuant to 26 U.S.C. Section 6672, on the dates and in the amounts stated in the table below, a delegate of the Secretary of the Treasury made the following assessments against defendant for the trust fund portion of the unpaid employment taxes owed by Spare Backup, Inc. for the fourth quarter of 2008 through the third quarter of 2011:

| Tax Period | Assessment Date | Assessed Tax | Assessed Interest |
|---|---|---|---|
| 12/31/08 | 6/27/11 | $402,359.34 | $44,259.51 |
| 3/31/09 | 6/27/11 | $181,225.47 | $19,993.14 |
| 6/30/09 | 6/27/11 | $153,273.29 | $16,858.65 |
| 9/30/09 | 6/27/11 | $139,518.16 | $15,345.72 |
| 12/31/09 | 6/27/11 | $149,067.88 | $16,396.09 |
| 3/31/10 | 6/27/11 | $149,987.43 | $16,497.24 |
| 6/30/10 | 10/29/12 | $149,918.72 | $9,517.76 |
| 9/30/10 | 12/10/14 | $122,991.65 | $7,807.31 |
| 12/31/10 | 10/29/12 | $133,323.66 | $8,463.16 |
| 03/31/11 | 10/29/12 | $100,870.21 | $6,712.09 |

| 6/30/11 | 10/29/12 | $67,308.14 | $4,478.81 |
| 9/30/11 | 10/29/12 | $32,535.06 | $2,164.95 |

17. A delegate of the Secretary of the Treasury, in accordance with the Internal Revenue laws, gave written notice to defendant of the assessments described in paragraph sixteen (16) above, and made demand for payment of the trust fund recovery penalties assessed against defendant as a responsible officer of Spare Backup, Inc.

18. Despite the notices of the assessment and demand for payment, defendant has refused or neglected to pay the trust fund recovery penalties assessed against him. As of April 8, 2015, defendant owes the sum of $1,973,148.80 on account of those assessments, plus fees and statutory additions thereon as provided by law

WHEREFORE, the plaintiff, United States of America, demands that this Court:

a.) determine and adjudge that defendant is indebted to the United States for unpaid income taxes for tax years 1999 through 2001 and 2003 through 2010 in the total amount of $787,610.07, plus fees and statutory additions thereon as provided by law from April 4, 2015; and

b.) determine and adjudge that defendant is indebted to the United States for trust fund recovery penalties for the periods from the fourth quarter of 2008 through the third quarter of 2011 arising from the operation of Spare Backup, Inc. in the total amount of $1,973,148.80, plus fees and statutory additions thereon as provided by law from April 4, 2015; and

c.) grant such other and further relief as is just and proper, including its costs of this action.

        Caroline D. Ciraolo
        Acting Assistant Attorney General


By:   /s/ Mary Apostolakos Hervey
       Mary Apostolakos Hervey
       Trial Attorney, Tax Division
       U.S. Department of Justice
       P.O. Box 14198
       Ben Franklin Station
       Washington, D.C. 20044
       Telephone: (202) 514-6484
       Facsimile: (202) 514-9868
       Mary.Apostolakos.Hervey@usdoj.gov

       Of counsel:

       Wifredo A. Ferrer
       United States Attorney