IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 1:15-cv-21326-JG |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CERY PERLE, | ) |
| | ) |
| Defendant. | ) |

### JOINT MOTION FOR ENTRY OF JUDGMENT BY CONSENT

The United States of America and Cery Perle, by and through undersigned counsel, jointly move for entry of judgment by consent in this case, consistent with this Joint Motion and the proposed judgment attached.

The United States of America filed its Complaint [ECF No. 1] on April 7, 2015, seeking a judgment for $787,610.07 in unpaid federal income tax liabilities for years 1999 through 2001 and 2003 through 2010 and $1,973,148.80 in Trust Fund Recovery Penalties assessed against Mr. Perle as a responsible person of Spare Backup, Inc. from the fourth quarter of 2008 through the third quarter of 2011. Following some extensions of time, Cery Perle filed a timely Answer [ECF No.14] on August 19, 2015.

Mr. Perle agrees to entry of judgment for the unpaid federal income tax liabilities and for the unpaid balance on the Trust Fund Recovery Penalties assessed against him, plus statutory additions as a matter of law. The parties further agree that each party shall bear his or its own costs.

WHEREFORE the undersigned parties request that judgment be entered in favor of the United States against Cery Perle in the amount of $787,610.07 for unpaid income tax liabilities

14471689.4

as of April 4, 2015, plus statutory additions and interest accruing thereafter as a matter of law, and in the amount of $1,973,148.80 for the unpaid balance of Trust Fund Recovery Penalties assessed against Mr. Perle as of April 4, 2015, plus interest accruing thereafter as a matter of law.

An agreed order granting this motion and a proposed judgment have been submitted with this Joint Motion.

Dated: October 31, 2016

Respectfully Submitted,

For CERY PERLE

_____
ARAMIS HERNANDEZ
GREGORY RICE JACOBS
Miami Legal Center
139 NE 1st Street, Suite 600
Miami, FL 33132
Telephone: 305-374-7744
Fax: 305-374-2224
Email:gregjacobs@miamilegalcenter.com
Email:aramis@miamilegalcenter.com

For UNITED STATES OF AMERICA

CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General

_____
GREGORY L. JONES
MATTHEW STEVEN JOHNSHOY
U.S. Department of Justice, Tax Division
P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044
Telephone: 202-514-6484
Fax: 202-514-4963
Email: Gregory.L.Jones@usdoj.gov
Email:Matthew.S.Johnshoy@usdoj.gov

Of Counsel:

Wilfredo A. Ferrer
United States Attorney
Southern District of Florida

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT service of the foregoing Joint Motion for Entry of Judgment by Consent [ECF No. 26] as well as the attached Proposed Order Granting the Joint Motion for Judgment by Consent and the attached Proposed Final Judgment has been made on November 8, 2016, by filing a copy thereof with the Clerk via the ECF system whereby service was effected on the following:

    Aramis Hernandez
    Aramis Hernandez PA
    139 NE 1st Street, Suite 600
    Miami, FL 33132
    Telephone: 305-374-7744
    Fax: 305-374-2224
    Email: aramis@aramishernandez.com
    Attorney for Defendant

    Gregory Jones
    Miami Legal Center
    139 NE 1st Street, Suite 600
    Miami, FL 33132
    Telephone: 305-374-7744
    Fax: 305-374-2224
    Email: gregjacobs@miamilegalcenter.com
    Attorney for Defendant

By:     s/ Matthew Johnshoy
MATTHEW STEVEN JOHNSHOY
U.S. Department of Justice, Tax Division
P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044
Telephone: 202-514-6484
Fax: 202-514-4963
Email:Matthew.S.Johnshoy@usdoj.gov

14593288.1