IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-21326-CIV-GOODMAN
[CONSENT]

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CERY PERLE,

    Defendant.

_____/

### ORDER GRANTING THE GOVERNMENT'S MOTION TO COMPEL

On December 1, 2022, the Undersigned held an in-person hearing on the Government's Motion to Compel Beverly Moriarty to Appear and Give Deposition Testimony. [ECF Nos. 45; 53]. After due consideration, it is **ORDERED AND ADJUDGED** that the Government's Motion is **GRANTED**.

Beverly Moriarty shall appear for a Zoom deposition on December 12, 2022, at 9:30 AM. The Government shall be responsible for obtaining the services of a court reporter and providing the Zoom login information to all interested parties. Specifically, the Government shall provide the Zoom login information to Ms. Moriarty, Allyn Roque, and Cery Perle.

As a party to the lawsuit, Mr. Perle is permitted to attend Ms. Moriarty's deposition. However, Mr. Perle may not directly or indirectly assist Ms. Moriarty with

answering any of the Government's deposition questions. This includes passing notes, making head movements, giving hand signals, or any other means of relaying a message that either suggests the answer to a question or suggests whether or not the question should be answered.

Further, by December 16, 2022, Ms. Moriarty shall pay the Government $2,925.00 for the costs it incurred litigating this motion ($400.00 for airfare, $125.00 for lodging, and $2,400.00 in attorneys' fees for four hours of work at the rate of $600.00 an hour). The check shall be made payable to the United States Department of Justice.

Within three days of making payment, Ms. Moriarty shall submit (i.e., not filed on CM/ECF) to my efile inbox (goodman@flsd.uscourts.gov) a declaration or affidavit confirming that the payment has been made.

**DONE AND ORDERED** in Chambers, at Miami, Florida, on December 1, 2022.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
Counsel of Record